# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-13232

_____

SHERMAN NEALY,
an individual,
MUSIC SPECIALIST, INC.,
a Florida Corporation,

                                                Plaintiffs-Appellants,

*versus*

MIKE CAREN,
an individual, et al.,

                                                Defendants,

WARNER CHAPPELL MUSIC, INC.,
a Delaware Corporation,
ARTIST PUBLISHING GROUP, L.L.C.,

ISSUED AS MANDATE:  04/13/2023

2                                                                                                    21-13232

a Delaware Limited Liability, Corporation,

                                                                              Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:18-cv-25474-RAR

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 27, 2023

For the Court: David J. Smith, Clerk of Court